United States District Court
Southern District of Texas
**ENTERED**
August 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:24–mj–00359 |
| § | |
| Stephanie Nneoma Ibiso Chidere Koko § | |

# Order Appointing Counsel

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above designated case.

Signed on August 9, 2024.

_____
Richard W. Bennett
United States Magistrate Judge