United States Courts
Southern District of Texas
FILED

*September 04, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. |
| STEPHANIE NNEOMA IBISO § CHIDERE KOKO, § Defendant. § | 4:24-cr-473 |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

From on or about July 30, 2024, and continuing until on or about August 6, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**STEPHANIE NNEOMA IBISO CHIDERE KOKO,**

did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury, to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(ii).

## COUNT TWO
**(Possession With Intent to Distribute Controlled Substance)**

From on or about July 30, 2024, and continuing until on or about August 6, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**STEPHANIE NNEOMA IBISO CHIDERE KOKO,**

did knowingly and intentionally aid, abet, and assist others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule

II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to **Defendant**,

**STEPHANIE NNEOMA IBISO CHIDERE KOKO,**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

LEO J. LEO, III
Assistant United States Attorney

2