USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:24-cr-473**

**HOUSTON DIVISION**

USAO Number: 2024R05325

Magistrate Number: 24-MJ-00359-H

**CRIMINAL INDICTMENT**

United States Courts
Southern District of Texas
FILED
*September 04, 2024*
Nathan Ochsner, Clerk of Court

Filed: _____

Judge: **Hanen**

**UNITED STATES of AMERICA**
vs.
STEPHANIE NNEOMA IBISO CHIDERE KOKO

**ATTORNEYS:**

| | | Appt'd | Private |
|---|---|---|---|
| ALAMDAR S. HAMDANI, USA | (713) 567-9000 | | |
| LEO J. LEO III, AUSA | (713) 567-9000 | | |
| Rachael Melby, AFPD | | ✓ | |

**CHARGE:**
Ct.1: Conspiracy to Possess With Intent to Distribute Controlled Substance [21 USC § 846, 841(a)(1), and 841(b)(1)(A)(ii)]
Ct.2: Possession with Intent to Distribute a Controlled Substance [21 USC § 841(a)(1) and 841(b)(1)(A)(ii) and 18 USC § 2]

**(TOTAL) (COUNTS:) ( 2 )**

**PENALTY:** Cts.1&2: 10 years of imprisonment up to life imprisonment and or a fine up to $10 million and at least a 5 year SRT; $100 SA

NOTICE OF CRIMINAL FORFEITURE (21 U.S.C. § 853(a))

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS of Surety:

**PROCEEDINGS:**